IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY M. KEENE,

    Plaintiff,

v.                               CASE NO. 5:09cv192-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated May 20, 2010 (doc. 25). Plaintiff filed objections (doc. 27) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 25) is ADOPTED and incorporated by reference in this order.

2. The Commissioner's decision is affirmed.

DONE AND ORDERED this 16th day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge